# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| VENTURE HARRISON, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 4:16-cv-01904-JHE |
| ALABAMA DEPARTMENT OF CORRECTIONS, | ) |
| Defendant. | ) |

## ORDER

On December 10, 2018, the parties participated in a mediation with Magistrate Judge Staci G. Cornelius. The parties are **ORDERED** to file a joint status report by **January 10, 2019**, stating the outcome of such mediation and their intended next steps in this litigation.

DONE this 3rd day of January, 2019.

**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE