FILED
2019 Jan-11 AM 09:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **VENTURE HARRISON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No: 4:16-cv-01904-MHH-JHE** |
| ) | |
| **ALABAMA DEPARTMENT OF** ) | |
| **CORRECTIONS,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## PARTIES' STATUS REPORT

**COME NOW** the parties in the above styled cause and, pursuant to the Court's January 11, 2019 Order (Doc. 33), update this Honorable Court regarding the outcome of the Court-ordered mediation on December 10, 2018 as follows:

1. This matter was resolved at mediation.

2. All settlement proceeds have been paid and disbursed.

3. The parties will file a joint motion to dismiss shortly.

Respectfully submitted this the 11th day of January, 2019.

/s/ Jeremy Knowles
Jeremy Knowles
Attorney for Plaintiff

**OF COUNSEL:**
**MORRIS HAYNES**
3500 Colonnade Parkway, Suite 100
Birmingham, AL  35243
Phone: (205) 324-4008
Fax: (205) 324-0803
Email: jknowles@mhhlaw.net

/s/ Thomas E. James
THOMAS E. JAMES
Attorney for Plaintiff

**OF COUNSEL :**
**TOMMY JAMES LAW**
4220 Cahaba Heights Court, Suite 204
Birmingham, AL  35243
Phone: (205) 259-1725
Email: Tjameslaw1@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of this filing to all attorneys of record as follows:

Anne Adams Hill, Esq.
Bart Gregory Harmon, Esq.
Joseph Gordon Stewart, Jr., Esq.
Alabama Department of Corrections
Legal Division
P O Box 301501
Montgomery, AL 36130-1501

/s/ Jeremy Knowles
OF COUNSEL