# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | | |
|---|---|---|
| **VENTURE HARRISON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No: 4:16-cv-01904-MHH-JHE |
| | ) | |
| **ALABAMA DEPARTMENT OF CORRECTIONS,** | ) ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to *Federal Rules of Civil Procedure* 41(a)(1)(A)(ii), Plaintiff and Defendants, by and through their respective counsel of record, acting with full and complete authority, jointly stipulate that the claims asserted in Plaintiff's Complaint in this matter are dismissed, with prejudice, with each party to bear their or its own costs, expenses, and fees.

Respectfully submitted this the 14th day of January, 2019.

/s/ Jeremy Knowles
Jeremy Knowles
Attorney for Plaintiff

**OF COUNSEL:**
**MORRIS HAYNES**
3500 Colonnade Parkway, Ste. 100
Birmingham, AL 35243

1

T:  (205) 324-4008
F:  (205) 324-0803
jknowles@mhhlaw.net

                                           /s/ Thomas E. James
                                           THOMAS E. JAMES
                                           Attorney for Plaintiff

**OF COUNSEL :**
**TOMMY JAMES LAW**
4220 Cahaba Heights Court – STE 204
Birmingham, AL 35243
T :  (205) 259-1725
tommy@tommyjameslaw.net

                                           /s/ Bart Harmon
                                           Bart Harmon
                                           Attorney for Defendants

**OF COUNSEL:**
Alabama Department of Corrections
301 South Ripley Street (36104)
P O Box 301501
Montgomery, AL 36130-1501
Bart.harmon@doc.alabama.gov